IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:25-cv-04177-WJE |
| MISSOURI DEPARTMENT OF TRANSPORTATION, ET AL., | ) ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

This matter has been pending before this Court since August 18, 2025. (Doc. 1). The Court informed Plaintiff that service of process on all Defendants was due on September 27, 2025. (Doc. 3). On October 1, 2025, service on 28 defendants was still outstanding, and the Court directed Plaintiff to show cause by October 14, 2025, as to why all Defendants had not yet been served. (Doc. 15). On October 14, 2025, Plaintiff responded to the order to show cause, and the Court extended the service deadline to October 24, 2025. (Docs. 27, 28). On October 24, 2025, Plaintiff filed a motion to voluntarily dismiss defendants Crossroads Atlantic, LLC; Raigan Playter; E.C., a minor; and C.R., a minor. (Doc. 42). As of today, service is still outstanding on 14 defendants, and consent to Magistrate Judge Assignment has not been entered.

Furthermore, with respect to Plaintiff's Motion to Voluntarily Dismiss defendants (Doc. 42), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. These defendants have not yet filed an answer or a motion for summary judgment.

Finally, on October 16, 2025, Defendant Missouri Highways and Transportation Commission ("MHTC"), incorrectly named in the suit as the Missouri Department of Transportation, filed a Motion to Dismiss Party pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. (Doc. 29). MHTC argues that as a division of the executive branch of the state of Missouri, it is immune to suit under the Eleventh Amendment to the United States Constitution. (*Id.* at 3). Plaintiff consents to the dismissal of MHTC. (Doc. 32).

For the foregoing reasons, IT IS THEREFORE RECOMMENDED that the District Judge, after making an independent review of the record and applicable law, enter an order dismissing defendants Missouri Highways and Transportation Commission, incorrectly named as the Missouri Department of Transportation; Crossroads Atlantic, LLC; Raigan Playter; E.C., a minor; and C.R., a minor.

Dated this 28th day of October 2025, at Jefferson City, Missouri.

*Willie J. Epps, Jr.*
Willie J. Epps, Jr.
Chief United States Magistrate Judge