IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE CO., | ) |
| Plaintiff, | ) |
| v. | ) No. 25-04177-CV-C-BP |
| MISSOURI DEPARTMENT OF TRANSPORTATION, et al., | ) |
| Defendant. | ) |

## ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) GRANTING MOTIONS TO DISMISS

Defendant Missouri Department of Transportation, a/k/a Missouri Highways and Transportation Commission filed a Motion to Dismiss, (Doc. 29), and Plaintiff agreed the Motion should be granted. (Doc. 32.) Separately, Plaintiff filed a Motion to dismiss four Defendants. (Doc. 42.) The Honorable Willie J. Epps, Jr., to whom the case was assigned at the time, issued a Report recommending that these Motions be granted. (Doc. 44.) The Report is adopted as the Order of the Court, and the Motions are **GRANTED**. Accordingly, the following Defendants are **DISMISSED WITHOUT PREJUDICE**:

1. Missouri Department of Transportation, a/k/a Missouri Highways and Transportation Commission,

2. Crossroads Atlantic, LLC,

3. Raigan Playter,

4. E.C., a minor, and

5. C.R., a minor.

**IT IS SO ORDERED.**

Date: October 30, 2025

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT